UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDEXX DISTRIBUTION, INC.,

                                   Plaintiff,                    26 Civ. 1879 (PAE)
                    -v-
                                                                 ORDER
PETIQ, LLC,

                                   Defendant.

PAUL A. ENGELMAYER, District Judge:

On May 8, 2026, defendant(s) filed a motion to dismiss the complaint under Rule 12 of

the Federal Rules of Civil Procedure.  Dkt. 12.  Under Rule 15(a)(1)(B), a plaintiff has 21 days

after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by

May 29, 2026.  No further opportunities to amend will ordinarily be granted.  If plaintiff does

amend, by June 22, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or

(3) submit a letter to the Court, copying plaintiff, stating that defendant relies on the previously

filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any

opposition to the motion to dismiss by May 29, 2026.  A reply from defendant shall be served by

June 12, 2026.  At the time any reply is served, the moving party shall supply the Court with a

courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to

EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendant files a new motion to dismiss or rely on its previous motion, an opposition from
plaintiff will be due 14 days thereafter, and a reply from defendant will be due seven days after
that.

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 11, 2026
New York, New York

2